THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA KAY MASSON,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. C17-1061-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation (Dkt. No. 18) of the Honorable Judge Teresa L. Fricke, United States Magistrate Judge, and the relevant record, does hereby FIND and ORDER as follows:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 18).

(2) The matter is REVERSED and REMANDED for an award of benefits.

(3) JUDGMENT is for Plaintiff and the Clerk is DIRECTED to close the case.

(4) The Clerk is DIRECTED to send copies of this order to counsel of record.

//

//

//

//

ORDER
C17-1061-JCC
PAGE - 1

DATED this 9th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1061-JCC
PAGE - 2