|   |   |
|---|---|
|   | THE HONORABLE JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA KAY MASSON, | CASE NO. C17-1061-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties (Dkt. No. 21), the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and the affidavit of Plaintiff's counsel (Dkt. No. 21-1), it is hereby ORDERED that Plaintiff is awarded $6,808.93 in attorney fees, $3.43 in expenses, and $408.60 in costs, for a total of $7,220.96. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be made to Plaintiff's attorney, Rosemary B. Schurman.

Whether the check is made payable to Plaintiff or to Ms. Schurman, the check shall be mailed to Ms. Schurman at the following address: 8123 NE 115 Way, Kirkland, WA 98034.

//

//

ORDER
C17-1061-JCC
PAGE - 1

1       DATED this 22nd day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1061-JCC
PAGE - 2