THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA KAY MASSON, | CASE NO. C17-1061-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees pursuant to 42 U.S.C. § 406(b) (Dkt. No. 2). Plaintiff was the prevailing party on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 18–20.) Defendant does not object to Plaintiff's requested fees. (Dkt. No. 25.) The Court finds the requested award reasonable and just. Accordingly, the Court GRANTS Plaintiff's motion and AWARDS attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $29,018.50 *less* previously awarded and received EAJA fees totaling $12,369.48 for a remaining fee owing of $16,649.02.

Defendant shall release the remaining fee owing of $16,649.02 minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA 98034 or via automatic deposit.

//

1       DATED this 13th day of August 2018.

                                            *John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1061-JCC
PAGE - 2